# Court of Appeals
# of the State of Georgia

ATLANTA, May 11, 2022

*The Court of Appeals hereby passes the following order*

**A22D0353. KEVIN O. GUEST v. THE STATE.**

Upon consideration of the Application for Discretionary Appeal, it is ordered that it be hereby DENIED.

LC NUMBERS:

2012SUR36 2012SUR37 2012SUR40 2012SUR41 2012SUR43 2012SUR47 2012SUR68 2012SUR69



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta, May 11, 2022.*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

*Stephen E. Castlen* , *Clerk.*